**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that General Order 23-0023 was entered on June 2, 2023, identifying the cases to form the initial calendar of the Hon. LaShonda A. Hunt; therefore

It is hereby ordered that the Clerk of Court shall reassign the list of cases below from each district judge that were reassigned in error to Judge Hunt; and

It is further ordered that the Clerk of Court shall reassign the replacement cases that were identified from each judges' secondary list to Judge Hunt.

**Cases Reassigned in Error from Judge Jenkins to Judge Hunt:**

| | |
|---|---|
| 1:23-cv-01349 | Wells Fargo Bank, N.A. v. J P Management Corp. et al |
| 1:23-cv-01496 | Toyota Motor Sales, U.S.A., Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |

**Replacement Cases from Judge Jenkins to Judge Hunt:**

| | |
|---|---|
| 1:23-cv-01300 | Triteq Lock & Security, LLC v. Minus Forty Technologies Corp |
| 1:23-cv-01310 | Walker v. Transformco Properties et al |

**Cases Reassigned in Error from Judge Pacold to Judge Hunt:**

| | |
|---|---|
| 1:22-cv-06102 | Gerber v. Institutional Pharmacy Solutions, LLC et al |
| 1:22-cv-06966 | Moore v. Cajun Style Fast Food, Inc. |
| 1:23-cv-00593 | Walker v. Medline |

**Replacement Cases from Judge Pacold to Judge Hunt:**

| | |
|---|---|
| 1:22-cv-06758 | Bigfoot 4x4, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:23-cv-00651 | Wereko v. WESTWARD360 et al |
| 1:23-cv-01451 | Sysco Corporation v. Glaz LLC et al |

**Cases Reassigned in Error from Judge Wood to Judge Hunt:**

| | |
|---|---|
| 1:21-cv-00430 | Leeder v. The National Association of Realtors et al |
| 1:21-cv-04148 | Costello v. ALPI USA (ORD) |

**Replacement Cases from Judge Wood to Judge Hunt:**

| | |
|---|---|
| 1:21-cv-03476 | Jackson v. Estrada et al |
| 1:22-cv-00326 | Johansen v. Combined Metals of Chicago, LLC., |

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 5th day of June, 2023