**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE INC. (f/k/a REALOGY HOLDINGS CORP.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>        Defendants. | Case No. 1:21-cv-00430<br><br>Honorable Andrea R. Wood |

**JOINT STATUS REPORT**

Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Kim, Anna James, James

Mullis, Theodore Bisbicos, and Daniel Parsons ("Plaintiffs") and Defendants Anywhere Real

Estate Inc. (formerly known as Realogy Holdings Corp.), The National Association of

REALTORS®, RE/MAX, LLC, and Keller Williams Realty, Inc. ("Defendants") respectfully

submit this further Joint Status Report.[1]

---

[1] As set forth in their October 10, 2023 Joint Status Report, the undersigned parties agreed to file a further Joint Status Report either (a) within 7 days of receipt of this Court's Order on the pending motions to dismiss, or (b) one week before the next scheduled telephonic status conference (i.e., November 10, 2023), whichever was earlier. (Dkt. No. 114).

As of the time of this submission, the motions to dismiss remain pending.  The undersigned parties' positions remain the same as those set forth in the October 10, 2023 Joint Status Report, i.e., Defendants believe rulings on the motions to dismiss are necessary to conduct a meaningful negotiation regarding an appropriate post-ruling case schedule and Plaintiffs disagree with that position.  The undersigned parties are prepared to discuss their respective positions at the upcoming status hearing set for November 17, 2023.

In addition, on November 2, 2023, a complaint was filed in the Northern District of Illinois (23-cv-15618) by the undersigned Plaintiffs' counsel on behalf of many of the Plaintiffs in this case asserting similar claims against additional companies; that complaint was marked as related to this matter on the Civil Cover Sheet.

Dated:   November 10, 2023                           Respectfully submitted,

/s/ *Randall P. Ewing, Jr.*                          /s/ *Kenneth M. Kliebard*
George A. Zelcs (Ill. Bar No. 3123738)               Kenneth M. Kliebard
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)         **MORGAN, LEWIS & BOCKIUS LLP**
Ryan Z. Cortazar (Ill. Bar No. 6323766)              110 N. Wacker Drive, Suite 2800
**KOREIN TILLERY, LLC**                              Chicago, Illinois 60606
205 North Michigan Avenue, Suite 1950                Tel: 312.324.1000
Chicago, IL 60601                                    Fax: 312.324.1001
Telephone: 312-641-9750                              kenneth.kliebard@morganlewis.com
gzelcs@koreintillery.com
rewing@koreintillery.com                             Stacey Anne Mahoney, *pro hac vice*
rcortazar@koreintillery.com                          **MORGAN, LEWIS & BOCKIUS LLP**
                                                     101 Park Avenue
Vincent Briganti (pro hac vice)                      New York, New York 10178
Christian Levis (pro hac vice)                       Tel: 212.309.6000
Noelle Feigenbaum (pro hac vice)                     Fax: 212.309.6001
**LOWEY DANNENBERG, P.C.**                           stacey.mahoney@morganlewis.com
44 South Broadway, Suite 1100
White Plains, NY 10601                               *Attorneys for Defendant Anywhere Real*
Telephone: (914) 997-0500                            *Estate Inc.*
vbriganti@lowey.com
clevis@lowey.com                                     /s/ *Ethan Glass*
nfeigenbaum@lowey.com                                Ethan Glass (N.D. Ill. Bar #1034207)

2

*Attorneys for Plaintiffs and the Proposed Classes*

Deepti Bansal (pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 776-2244
eglass@cooley.com
dbansal@cooley.com

Elizabeth Wright *(pro hac vice)*
Stephanie Ainbinder
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2300
ewright@cooley.com
sainbinder@cooley.com

Jack R. Bierig (ARDC #0207039)
Adam J. Diederich (ARDC #6305743)
ARENTFOX SCHIFF, LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
jack.bierig@afslaw.com
adam.diederich@afslaw.com

*Attorneys for Defendant National Association of REALTORS®*

/s/ Jeffrey A. LeVee
Jeffrey A. LeVee *(pro hac vice)*
jlevee@jonesday.com
Eric P. Enson *(pro hac vice)*
epenson@jonesday.com
JONES DAY
555 Flower St
Los Angeles, California 90071
Tel: (213) 489-3939 Fax: (213) 243-2539

Eddie Hasdoo
ehasdoo@jonesday.com
JONES DAY
110 N Wacker Drive, Suite 4800
Chicago, Illinois 60606

3

Tel: (312) 782-3939
Fax: (312) 782-8585

*Attorneys for RE/MAX LLC*

/s/ Timothy Ray
Timothy Ray (ARDC #6230099)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Telephone: (312) 263-3600
Timothy.Ray@hklaw.com

David C. Kully *(pro hac vice)*
Anna P. Hayes *(pro hac vice)*
HOLLAND & KNIGHT LLP
800 17th Street NW, Suite 1100
Washington, DC 20530
Telephone: (202) 469-5415
david.kully@hklaw.com
anna.hayes@hklaw.com

*Attorneys for Defendant Keller Williams
Realty, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 10, 2023, I caused a true and correct copy of the foregoing to be filed and served upon counsel of record via the CM/ECF system.

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard