# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, DANIEL PARSONS, and THEODORE BISBICOS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>      Defendants. | Case No. 1:21-cv-00430<br><br>Honorable Andrea R. Wood |

## JOINT STATUS REPORT

Pursuant to the Court's February 28, 2024 order (ECF No. 128), Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Daniel Parsons, and Theodore Bisbicos ("Plaintiffs"), by and through their undersigned attorneys, and Defendants the National Association of Realtors ("NAR"), Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.) ("Anywhere"), RE/MAX, LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Keller Williams") (collectively, "Defendants"), by and through their undersigned attorneys, respectfully submit this joint status report.

### I.   PENDING MOTIONS

On April 15, 2024, Defendants Anywhere, RMLLC, and Keller Williams filed motions to dismiss for lack of personal jurisdiction. The Court has not yet set the briefing schedule for these motions. Plaintiffs request for their oppositions to be due May 30, 2024, which is the same day

Plaintiffs' oppositions are due in *Batton, et al. v. Compass, Inc., et al.*, No. 1:23-cv-15618 (N.D. Ill.). Defendants do not object to Plaintiffs' request. The parties will meet and confer regarding the deadline for moving Defendants' replies and will be prepared to report on that at the upcoming May 7, 2024 status conference.

## II. INITIAL DISCOVERY AND RE-PRODUCTION OF DOCUMENTS IN RELATED ACTIONS

On April 15, 2024, Defendants served Plaintiffs their Initial Disclosures, as directed by the Court. Anywhere also produced documents in conjunction with their Initial Disclosures. The parties met and conferred on April 17, 2024 regarding the scope of initial discovery and Plaintiffs' articulated desire for re-production in this case of the documents that have already been produced in other matters. Plaintiffs served their first set of requests for production of documents on April 19, 2024. On April 25, 2024, NAR provided Plaintiffs with the requests for production it received and its responses and objections in *Moehrl, et al. v. National Association of Realtors et. al.*, No. 1:19-cv-01610 (N.D. Ill.) ("*Moehrl*"), and *Sitzer, et al., v. National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo) ("*Sitzer*"). The non-NAR Defendants provided Plaintiffs with the *Moehrl, Sitzer*, and *Nosalek v. MLS Property Information Network, Inc. et al.*, No. 1:20-cv-12244 (D. Mass.), requests for production they received and their responses and objections to the same on April 26, 2024. The parties continue to meet and confer concerning discovery, including Plaintiffs' request for re-production of the discovery that has been produced by the Defendants in the above matters, and will further update the Court on their progress at the May 7, 2024 status conference.

## III. CONFIDENTIALITY ORDER

The parties have exchanged a draft of a confidentiality order and they are meeting and conferring in an attempt to reach agreement. The parties will provide the Court a further update

2

of their progress on an agreed upon confidentiality order, or the scope of any disputes, at the May 7, 2024 status conference.

## IV. CASE SCHEDULE

Plaintiffs and Defendants propose the following case schedule for the outstanding deadlines:

| | |
|---|---|
| Substantial completion of production of documents responsive to requests for production. | December 20, 2024 |
| Plaintiffs to file their motion for class certification and supporting expert reports. | June 20, 2025 |
| Defendants to file their responses to Plaintiffs' class certification motion and supporting expert reports, and *Daubert* motions directed to Plaintiffs' class certification experts. | September 19, 2025 |
| Plaintiffs to file their reply in support of class certification and supporting rebuttal expert reports, responses to Defendants' *Daubert* motions regarding Plaintiffs' class certification experts, and *Daubert* motions regarding Defendants' class certification experts. | November 19, 2025 |
| Defendants to file their replies in support of their *Daubert* motions regarding Plaintiff's class certification experts and responses to Plaintiffs' *Daubert* motions regarding Defendants' class certification experts. | January 19, 2026 |
| Plaintiffs to file their replies in support of their *Daubert* motions. | March 2, 2026 |
| Completion of fact discovery. | May 2, 2026 |

Dated: April 26, 2024

Respectfully submitted,

*/s/ Randall P. Ewing, Jr.*
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)

3

|  |  |
|---|---|
|  | George A. Zelcs (Ill. Bar No. 3123738)<br>Ryan Z. Cortazar (Ill. Bar No. 6323766)<br>**KOREIN TILLERY, LLC**<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Tel:  (312) 641-9750<br>rewing@koreintillery.com<br>gzelcs@koreintillery.com<br>rcortazar@koreintillery.com<br><br>Michael E. Klenov (Ill. Bar No. 6300228)<br>Carol O'Keefe (Ill. Bar No. 6335218)<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO 63101<br>Tel:  (314) 241-4844<br>mklenov@koreintillery.com<br>cokeefe@koreintillery.com<br><br>Vincent Briganti (*Pro Hac Vice*)<br>Christian Levis (*Pro Hac Vice*)<br>Claire Noelle Forde (*Pro Hac Vice*)<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Tel: (914) 997-0500<br>vbriganti@lowey.com<br>clevis@lowey.com<br>nforde@lowey.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |
| Dated: April 26, 2024 | Respectfully submitted, |
| */s/ Jeff LeVee*<br>Jeffrey A. Levee (*Pro Hac Vice*)<br>Kelly M. Watne (*Pro Hac Vice*)<br>**JONES DAY**<br>555 Flower St.<br>Los Angeles, California 90071<br>Tel:  (213) 489-3939<br>Fax: (213) 243-2539<br>jlevee@jonesday.com<br>kwatne@jonesday.com | */s/ Ethan Glass*<br>Ethan Glass (N.D. Ill. Bar #1034207)<br>Deepti Bansal (*Pro Hac Vice*)<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC  20004-2400<br>Tel: (202) 776-2244<br>eglass@cooley.com<br>dbansal@cooley.com |

Eddie Hasdoo (ARDC #6317518)
**JONES DAY**
110 N. Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-3939
Fax: (312) 782-8585
ehasdoo@jonesday.com

*Attorneys for Defendant RE/MAX, LLC*

/s/ Kenneth M. Kliebard
Kenneth M. Kliebard (ARDC #6201479)
Jason L. Chrestionson (ARDC #6326714)
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com
jason.chrestionson@morganlewis.com

Stacey Anne Mahoney, *pro hac vice*
Heather Jean Nelson, (ARDC #6327873)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com
heather.nelson@morganlewis.com

*Attorneys for Defendant Anywhere Real Estate Inc.*

Elizabeth Wright (*Pro Hac Vice*)
**COOLEY LLP**
500 Boylston Street, 14th Floor
Boston, MA 02116
Tel: (617) 937-2300
ewright@cooley.com

Jack R. Bierig (ARDC #0207039)
Adam J. Diederich (ARDC #6305743)
**ARENT FOX SCHIFF, LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: (312) 258-5500
jack.bierig@afslaw.com
adam.diederich@afslaw.com

*Attorneys for Defendant National Association of REALTORS®*

/s/ Timothy Ray
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: (312) 263-3600
Timothy.Ray@hklaw.com

David C. Kully (*Pro Hac Vice*)
Anna P. Hayes (*Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
800 17th Street NW, Suite 1100
Washington, DC 20530
Tel: (202) 469-5415
david.kully@hklaw.com
anna.hayes@hklaw.com

*Attorneys for Defendant Keller Williams Realty, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

                                                */s/ Randall P. Ewing, Jr.*
                                                Randall P. Ewing, Jr. (Ill. Bar No. 6294238)