## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mya Batton, et al.

                          Plaintiff,

v.                                                                              Case No.: 1:21−cv−00430

                                                                              Honorable Andrea R. Wood

The National Association of Realtors, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 5/7/2024 and continued to 8/1/2024 at 1:30 PM. The Court enters the following agreed upon case schedule. Substantial completion of production of documents responsive to requests for production shall be completed by 12/20/2024. Plaintiffs to file their motion for class certification and supporting expert reports by 6/20/2025. Defendants to file their responses to Plaintiffs' class certification motion and supporting expert reports, and Daubert motions directed to Plaintiffs' class certification experts by 9/19/2025. Plaintiffs to file their reply in support of class certification and supporting rebuttal expert reports, responses to Defendants' Daubert motions regarding Plaintiffs' class certification experts, and Daubert motions regarding Defendants' class certification experts by 11/19/2025. Defendants to file their replies in support of their Daubert motions regarding Plaintiff#039;s class certification experts and responses to Plaintiffs' Daubert motions regarding Defendants' class certification experts by 1/19/2026. Plaintiffs to file their replies in support of their Daubert motions by 2/19/2026. Fact discovery shall be completed by 5/2/2026. Any motion for entry of a protective order shall be filed by 5/28/2024. By 7/2/2024, the parties shall meet and confer and file a joint status report setting forth: (1) an update on the progress of discovery, including progress toward an ESI protocol and any agreements the parties were able to reach regarding the scope of the initial discovery; and (2) any other issues of concern that the parties would like to bring to the Court's attention. In Court status hearing set for 8/1/2024 at 1:30 PM. A telephonic status hearing is also set for 5/8/2024 at 3:00 PM to address Plaintiffs' anticipated motion for a temporary restraining order. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.