IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 1:21-cv-00430<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Minute Entry (Dkt. 155, dated May 7, 2024), Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Kim, Anna James, James Mullis, Theodore Bisbicos, and Daniel Parsons, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendants The National Association of Realtors, Anywhere Real Estate, Inc. formerly known as Realogy Holdings Corp., Re/Max, LLC, and Keller Williams Realty, Inc. ("Defendants") (collectively, the "Parties") respectfully request that the Court enter the attached Agreed Protective Order.

1. Pursuant to Rule 26 of the Federal Rules of Civil Procedure ("Rules"), the Parties have conferred and agree in good faith that the provisions of the attached Order are necessary and beneficial to govern the efficient discovery and use of relevant, confidential information in this

action.

2.  The Parties agree in good faith that the Agreed Protective Order, attached to this motion as Exhibit A, is necessary and appropriate to protect against the disclosure of "trade secret[s] or other confidential research, development, or commercial information," private personally identifiable information or other sensitive personal information of individuals, and other legitimate confidential information. *See* Rule 26(c)(1)(G).

3.  Thus, the Parties request the Court find good cause for entering the attached Order. *See Jepson, Inc. v. Makita Elec. Works, Ltd.,* 30 F.3d 854, 858 (7th Cir. 1994) (noting a district court's power to enter protective order for good cause); *Calhoun v. City of Chicago,* 273 F.R.D. 421 (N.D. Ill. 2011) (granting motion for protective order where good cause shown for confidentiality of materials); *see also Bond v. Utreras,* 585 F.3d 1061, 1074 (7th Cir. 2009) (approving the ability to treat "unfiled discovery materials" confidentially).

WHEREFORE, for the reasons set forth above, the Parties jointly move that this Court enter the Agreed Protective Order.

Dated: May 28, 2024                                           Respectfully submitted,

*Counsel for Plaintiffs and the Proposed Class*

/s/ *Randall P. Ewing, Jr.*
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

*Counsel for Defendant RE/MAX, LLC*

/s/ *Jeff LeVee*
Jeffrey A. Levee (*pro hac vice*)
Kelly M. Watne (*pro hac vice*)
**JONES DAY**
555 Flower St.
Los Angeles, CA 90071
Tel: 213.489.3939
Fax: 213.243.2539
jlevee@jonesday.com
kwatne@jonesday.com

Eddie Hasdoo (ARDC #6317518)
**JONES DAY**
110 N. Wacker Drive
Chicago, IL 60606
Tel: 312.782.3939
Fax: 312.782.8585
ehasdoo@jonesday.com

*Counsel for Defendant Anywhere Real Estate Inc.*

/s/ *Kenneth M. Kliebard*
Kenneth M. Kliebard (ARDC #6201479)
Jason L. Chrestionson (ARDC #6326714)
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com
jason.chrestionson@morganlewis.com

Stacey Anne Mahoney, *pro hac vice*
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant National Association of REALTORS®*

*/s/ Ethan Glass*
Ethan Glass (N.D. Ill. Bar #1034207)
Deepti Bansal (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Tel: 202.776.2244
eglass@cooley.com
dbansal@cooley.com

Elizabeth Wright (*pro hac vice*)
**COOLEY LLP**
500 Boylston Street, 14th Floor
Boston, MA 02116
Tel: 617.937.2300
ewright@cooley.com

Jack R. Bierig (ARDC #0207039)
Adam J. Diederich (ARDC #6305743)
**ARENT FOX SCHIFF, LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: 312.258.5500
jack.bierig@afslaw.com
adam.diederich@afslaw.com

*Counsel for Defendant Keller Williams Realty, Inc.*

*/s/ Timothy Ray*
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully *(pro hac vice)*
Anna P. Hayes *(pro hac vice)*
**HOLLAND & KNIGHT LLP**
800 17th Street NW, Suite 1100
Washington, DC 20530
Tel: 202.469.5415
david.kully@hklaw.com
anna.hayes@hklaw.com