IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>    Defendants. | Case No. 1:21-cv-00430<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge M. David Weisman |

## JOINT MOTION FOR A PARTIAL STAY OF PROCEEDINGS

  WHEREAS, on May 9, 2024 in *Burnett v. The National Association of Realtors*, Case No. 4:19-cv-00332 (W.D.Mo.) ("*Burnett*"), the Western District of Missouri granted final approval of three nationwide class settlements involving Anywhere Real Estate, Inc. (formerly Realogy Holdings Corp.) ("Anywhere"), RE/MAX LLC ("RE/MAX"), and Keller Williams Realty, Inc. ("Keller Williams") (ECF 1487 ("the Final Approval Order"));

  WHEREAS, the Final Approval Order states that non-excluded Settlement Class Members are "hereby enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any Released Claims against any of the Released Parties, which include Settling Defendants' franchisees and affiliated brokerages, and agents affiliated with those franchisees or affiliated brokerages" (*Id.* ¶ 63);

  WHEREAS, Plaintiffs represent upon information and belief that James Mullis, Mya Batton, and Theodore Bisbicos are non-excluded Settlement Class Members;

  WHEREAS, Plaintiffs represent upon information and belief that Aaron Bolton, Michael Brace, Do Yeon Kim, Anna James, and Daniel Parsons are not Settlement Class Members;

  WHEREAS, on May 31, 2024, Plaintiff James Mullis filed a Notice of Appeal from the Final Approval Order (*Burnett*, ECF 1498);

WHEREAS, the Parties disagree as to whether the injunction is currently in effect;

NOW THEREFORE, in order to preserve judicial and party resources by avoiding the expense of disputing whether the injunction is in effect, and to account for the possibility that any appeal may reverse or modify the Final Approval Order, the Parties hereto stipulate as follows:

1. All claims by James Mullis, Mya Batton, and Theodore Bisbicos against Anywhere, RE/MAX, and Keller Williams are stayed pending final resolution of all appeals from the Final Approval Order.

2. Any Party may withdraw from this Stipulation by providing fourteen days' notice, in writing, to the other Party of their intention to withdraw.

Dated: June 18, 2024

Respectfully submitted,

**Counsel for Defendant Anywhere Real Estate Inc.**

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard (ARDC #6201479)
Jason L. Chrestionson (ARDC #6326714)
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com
jason.chrestionson@morganlewis.com

Stacey Anne Mahoney (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant RE/MAX, LLC*

>*/s/ Jeff LeVee*
>Jeffrey A. Levee (*pro hac vice*)
>Kelly M. Watne (*pro hac vice*)
>**JONES DAY**
>555 Flower St.
>Los Angeles, CA 90071
>Tel: 213.489.3939
>Fax: 213.243.2539
>jlevee@jonesday.com
>kwatne@jonesday.com
>
>Eddie Hasdoo (ARDC #6317518)
>**JONES DAY**
>110 N. Wacker Drive Chicago, IL 60606
>Tel: 312.782.3939
>Fax: 312.782.8585
>ehasdoo@jonesday.com

*Counsel for Defendant Keller Williams Realty, Inc*

>*/s/ Timothy Ray*
>Timothy Ray (ARDC #6230099)
>**HOLLAND & KNIGHT LLP**
>150 N. Riverside Plaza, Suite 2700
>Chicago, IL 60603
>Tel: 312.263.3600
>Timothy.Ray@hklaw.com
>
>
>David C. Kully *(pro hac vice)*
>Anna P. Hayes *(pro hac vice)*
>**HOLLAND & KNIGHT LLP**
>800 17th Street NW, Suite 1100
>Washington, DC 20530
>Tel: 202.469.5415
>david.kully@hklaw.com
>anna.hayes@hklaw.com

*Counsel for Plaintiffs and the Proposed Classes*

  */s/ Randall P. Ewing, Jr.*
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com