IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 1:21-cv-00430<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Court's October 8, 2024 minute entry (ECF No. 179), Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Daniel Parsons, and Theodore Bisbicos ("Plaintiffs"), by and through their undersigned attorneys, and Defendants the National Association of Realtors ("NAR"), Anywhere Real Estate Inc. (f/k/a Realogy Holdings Corp.) ("Anywhere"), RE/MAX, LLC ("RMLLC"), and Keller Williams Realty, Inc. ("Keller Williams") (collectively, "Defendants"), by and through their undersigned attorneys, respectfully submit this joint status report.

**I.    PENDING MOTIONS**

Keller Williams's, Anywhere's, and RMLLC's Motions to Dismiss for lack of personal jurisdiction (Dkts. 129, 137, and 139) were filed June 8, 2024 and remain pending. The motions were fully briefed as of July 1, 2024 (Dkts. 130, 138, 139-1, 157, and 163).

Plaintiffs intend to move for leave to file an amended complaint within a week of this status report. As Plaintiffs represented in the prior Joint Status Report submitted to the Court on September 25, 2024, their contemplated amendment does not moot the pending motions to dismiss the currently operative complaint, and any order granting those motions to dismiss would be equally applicable to the contemplated amended complaint.

## II. DISCOVERY

Plaintiffs have served the Defendants with document requests, and the Defendants have begun producing documents. The Parties have also met and conferred on several issues relating to those requests that remain unresolved. Those issues pertain to the production of home sales data as well as expert reports, deposition transcripts, and briefs filed in related home-seller cases. Those discussions are ongoing. NAR has served Plaintiffs with document requests and Plaintiffs have provided written responses. NAR and Plaintiffs are in the process of meeting and conferring regarding Plaintiffs' responses to NAR's document requests.

*Counsel for Plaintiffs and the Proposed Class*

/s/ *Randall P. Ewing, Jr.*
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

*Counsel for Defendant RE/MAX, LLC*

/s/ *Jeffrey A. LeVee*
Jeffrey A. LeVee (*pro hac vice*)
Kelly M. Watne (*pro hac vice*)
**JONES DAY**
555 Flower St.
Los Angeles, CA 90071
Tel: 213.489.3939
Fax: 213.243.2539
jlevee@jonesday.com
kwatne@jonesday.com

Eddie Hasdoo (ARDC #6317518)
**JONES DAY**
110 N. Wacker Drive
Chicago, IL 60606
Tel: 312.782.3939
Fax: 312.782.8585
ehasdoo@jonesday.com

*Counsel for Defendant Anywhere Real Estate Inc.*

/s/ *Stacey Anne Mahoney*
Kenneth M. Kliebard (ARDC #6201479)
Jason L. Chrestionson (ARDC #6326714)
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com
jason.chrestionson@morganlewis.com

Stacey Anne Mahoney, *pro hac vice*
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant National Association of REALTORS®*

/s/ Samantha Strauss
Ethan Glass (N.D. Ill. Bar #1034207)
Deepti Bansal (*pro hac vice*)
Georgina Inglis (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Ave NW, Ste 700
Washington, DC 20004-2400
Tel: 202.776.2244
eglass@cooley.com
dbansal@cooley.com
ginglis@cooley.com

Samantha Strauss (*pro hac vice*)
**COOLEY LLP**
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606
Tel: 312.881.6500
sastrauss@cooley.com

Beatriz Meija (*pro hac vice*)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: 415.693.2000
mejiab@cooley.com

Sarah M. Topol (*pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Tel: 212.479.6000
stopol@cooley.com

Elizabeth Wright (*pro hac vice*)
**COOLEY LLP**
500 Boylston Street, 14th Floor
Boston, MA 02116
Tel: 617.937.2300
ewright@cooley.com

Michael Bonanno (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Ste 900
Washington, DC 20005
Tel: 202.538.8225
mikebonanno@quinnemanuel.com

*Counsel for Defendant Keller Williams Realty, Inc.*

/s/ David C. Kully
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully *(pro hac vice)*
Anna P. Hayes *(pro hac vice)*
**HOLLAND & KNIGHT LLP**
800 17th Street NW, Suite 1100
Washington, DC 20530
Tel: 202.469.5415
david.kully@hklaw.com
anna.hayes@hklaw.com

Boris Bershteyn (*pro hac vice application forthcoming*)
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West
New York, NY 10001
Telephone: 212.735.3834
Facsimile: 917.777.3834
boris.bershteyn@skadden.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2024, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: November 15, 2024                                */s/Randall P. Ewing, Jr.*
                                                                  Randall P. Ewing, Jr.