IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00430<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT**

Plaintiffs Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, and Daniel Parsons ("Plaintiffs") and Defendants The National Association of Realtors, Anywhere Real Estate Inc., RE/MAX LLC, and Keller Williams Realty, Inc. ("Defendants") hereby submit this joint status report in accordance with the Court's November 22, 2024 Order, ECF No. 184.

**I. Pending Motions**

Plaintiffs' Motion for Leave to File a Second Amended Complaint was filed December 2, 2024, ECF No. 186. Defendants filed their joint opposition on January 6, 2025, ECF No. 193. Plaintiffs filed their reply on January 21, 2025, ECF No. 195.

There are no other pending motions.

II.   **Status of Discovery**

Defendants served their First Requests for Production of Documents on Plaintiffs on October 7, 2024. The parties met and conferred over the requests, search terms and protocols. Plaintiffs state that they substantially completed production of non-privileged documents responsive to Defendants' Requests on January 22, 2025. Plaintiffs will continue to meet and confer with Defendants should they have any disputes about Plaintiffs' productions.

Plaintiffs served their First Requests for Production on Defendants on April 19, 2024, their Second Requests for Production on October 21, 2024, and their Third Requests for Production on November 20, 2024. Defendants NAR, RE/MAX, and Keller Williams have produced their custodial document productions from recent class-action cases brought on behalf of home sellers (to the extent they were a party) in *Burnett, et al. v. The Nat'l Assn. of Realtors, et al.*, 19-cv-332 (W.D. Mo.) ("*Burnett*"); *Moehrl, et al. v. The Nat'l Assn. of Realtors*, et al., 19-cv-1610 (N.D. Ill.) ("*Moehrl*"); and *Nosalek, et al v. MLS Property Information Network, et al.*, 20-cv-12244 (D. Mass.) ("*Nosalek*"). Defendant Anywhere has produced from these cases all trial exhibits, exhibits proposed for trial in final exhibit lists, summary judgment exhibits, and deposition exhibits that bear Anywhere or Realogy bates numbers. Keller Williams also produced data responsive to Plaintiffs' requests.

Defendants state that they substantially completed production of non-privileged documents on or before December 20, 2024. Plaintiffs and Defendants continue to meet-and-confer over Plaintiffs' requests, including their requests for deposition transcripts, expert reports, and responses to Interrogatories, Requests for Admission, and Requests for Production served on them in these related cases. The parties have no dispute at this time that requires court intervention.

*Counsel for Plaintiffs and the Proposed Class*

/s/ *Randall P. Ewing, Jr.*
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Michael E. Klenov (Ill. Bar No. 6300228)
Carol O'Keefe (Ill. Bar No. 6335218)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: 314.241.4844
mklenov@koreintillery.com
cokeefe@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

*Counsel for Defendant RE/MAX, LLC*

/s/ *Jeff LeVee*
Jeffrey A. Levee (*pro hac vice*)
Kelly M. Watne (*pro hac vice*)
**JONES DAY**
555 Flower St.
Los Angeles, CA 90071
Tel: 213.489.3939
Fax: 213.243.2539
jlevee@jonesday.com
kwatne@jonesday.com

Eddie Hasdoo (ARDC #6317518)
**JONES DAY**
110 N. Wacker Drive
Chicago, IL 60606
Tel: 312.782.3939
Fax: 312.782.8585
ehasdoo@jonesday.com

*Counsel for Defendant Anywhere Real Estate Inc.*

/s/ *Kenneth M. Kliebard*
Kenneth M. Kliebard (ARDC #6201479)
Jason L. Chrestionson (ARDC #6326714)
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com
jason.chrestionson@morganlewis.com

Stacey Anne Mahoney, *pro hac vice*
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant National Association of REALTORS®*

*/s/ Ethan Glass*
Ethan Glass (N.D. Ill. Bar #1034207)
Deepti Bansal (*pro hac vice*)
Georgina Inglis (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Ave NW, Ste 700
Washington, DC 20004-2400
Tel: 202.776.2244
eglass@cooley.com
dbansal@cooley.com
ginglis@cooley.com

Samantha Strauss (*pro hac vice*)
**COOLEY LLP**
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606
Tel: 312.881.6500
sastrauss@cooley.com

Beatriz Meija (*pro hac vice*)
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: 415.693.2000
mejiab@cooley.com

Sarah M. Topol (*pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Tel: 212.479.6000
stopol@cooley.com

Elizabeth Wright (*pro hac vice*)
**COOLEY LLP**
500 Boylston Street, 14th Floor
Boston, MA 02116
Tel: 617.937.2300
ewright@cooley.com

Michael Bonanno (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Ste 900
Washington, DC 20005
Tel: 202.538.8225
mikebonanno@quinnemanuel.com

Jack R. Bierig (ARDC #0207039)
Adam J. Diederich (ARDC #6305743)
**ARENT FOX SCHIFF, LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Tel: 312.258.5500
jack.bierig@afslaw.com
adam.diederich@afslaw.com

*Counsel for Defendant Keller Williams Realty, Inc.*

*/s/ Timothy Ray*
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully *(pro hac vice)*
Anna P. Hayes *(pro hac vice)*
**HOLLAND & KNIGHT LLP**
800 17th Street NW, Suite 1100
Washington, DC 20530
Tel: 202.469.5415
david.kully@hklaw.com
anna.hayes@hklaw.com

Boris Bershteyn (*pro hac vice application forthcoming*)
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West
New York, NY 10001
Telephone: 212.735.3834
Facsimile: 917.777.3834
boris.bershteyn@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: January 24, 2025    */s/ Randall P. Ewing, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　Randall P. Ewing, Jr.