**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. F/K/A REALOGY HOLDINGS CORP., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No. 1:21-cv-00430 <br><br> Judge LaShonda A. Hunt <br><br> Magistrate Judge M. David Weisman |

**MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL**

Pursuant to Rule 83.17 of the Civil Local Rules of the United States District Court for the Northern District of Illinois, attorneys Deepti Bansal, Ethan Glass, Georgina Inglis, Beatriz Mejia, Samantha Strauss, Sarah Topol, and Elizabeth Wright of Cooley LLP respectfully submit this motion on behalf of Defendant National Association of REALTORS® ("NAR") requesting that the Court enter an order following the February 13, 2025 telephonic status conference withdrawing their appearances and substituting Leonard A. Gail and Suyash Agrawal of Massey & Gail LLP as counsel of record on behalf of NAR. The requested substitution of counsel will not have any impact on pending deadlines in this matter.

Dated: February 13, 2024 Respectfully submitted,

/s/ Ethan Glass
Ethan Glass (N.D. Ill. Bar #1034207)
Deepti Bansal (*pro hac vice*)
Georgina Inglis (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave NW, Ste 700
Washington, DC 20004-2400
Tel: 202.776.2244
eglass@cooley.com
dbansal@cooley.com
ginglis@cooley.com

Samantha Strauss (*pro hac vice*)
COOLEY LLP
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606
Tel: 312.881.6500
sastrauss@cooley.com

Beatriz Meija (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: 415.693.2000
mejiab@cooley.com

Sarah M. Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel: 212.479.6000
stopol@cooley.com

Elizabeth Wright (*pro hac vice*)
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Tel: 617.937.2300
ewright@cooley.com

**Counsel for Defendant National Association of REALTORS®**

**CERTIFICATE OF SERVICE BY EMAIL**

I, Ethan Glass, hereby certify that on February 13, 2025, I caused a copy of the foregoing Motion for Leave to Withdraw and Substitute Counsel to be served via electronic mail on the following counsel, who are not E-Filers listed on the docket of this proceeding and thus do not otherwise receive notice via the Court's CM/ECF system:

    Leonard A. Gail (lgail@masseygail.com)
    Suyash Agrawal (sagrawal@masseygail.com)
    Massey & Gail LLP
    50 East Washington Street
    Suite 400
    Chicago, IL 60602

Dated: February 13, 2024                   */s/ Ethan Glass*
                                                   Ethan Glass
                                                   COOLEY LLP
                                                   1299 Pennsylvania Avenue NW
                                                   Suite 700
                                                   Washington, DC  20004-2400
                                                   Telephone:    +1 202 842 7800
                                                   Facsimile:    +1 202 842 7899
                                                   eglass@cooley.com