# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. F/K/A REALOGY HOLDINGS CORP., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No. 1:21-cv-00430 <br><br> Judge LaShonda A. Hunt <br><br> Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on **Wednesday, February 26, 2025 at 10:00am**, or as soon as counsel may be heard, I will appear before the Honorable LaShonda A. Hunt, or any Judge in her stead, in the courtroom usually occupied by her, room 1425 of the Everett McKinley Dirksen United States Courthouse, located at 219 S. Dearborn Street, Chicago, Illinois 60604, and present the **Motion for Leave to Withdraw and Substitute Counsel**, a copy of which is attached and served upon you.

Dated: February 13, 2024

Respectfully submitted,

*/s/ Ethan Glass*
Ethan Glass (N.D. Ill. Bar #1034207)
Deepti Bansal (*pro hac vice*)
Georgina Inglis (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Ave NW, Ste 700
Washington, DC 20004-2400
Tel: 202.776.2244
eglass@cooley.com
dbansal@cooley.com
ginglis@cooley.com

Samantha Strauss (*pro hac vice*)
COOLEY LLP
110 N. Wacker Dr., Suite 4200
Chicago, IL 60606
Tel: 312.881.6500
sastrauss@cooley.com

Beatriz Meija (*pro hac vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Tel: 415.693.2000
mejiab@cooley.com

Sarah M. Topol (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel: 212.479.6000
stopol@cooley.com

Elizabeth Wright (*pro hac vice*)
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Tel: 617.937.2300
ewright@cooley.com

**Counsel for Defendant National Association of REALTORS®**

**CERTIFICATE OF SERVICE BY EMAIL**

I, Ethan Glass, hereby certify that on February 13, 2025, I caused a copy of the foregoing Notice of Motion for Leave to Withdraw and Substitute Counsel to be served via electronic mail on the following counsel, who are not E-Filers listed on the docket of this proceeding and thus do not otherwise receive notice via the Court's CM/ECF system:

> Leonard A. Gail (lgail@masseygail.com)
> Suyash Agrawal (sagrawal@masseygail.com)
> Massey & Gail LLP
> 50 East Washington Street
> Suite 400
> Chicago, IL 60602

Dated: February 13, 2024

/s/ Ethan Glass
Ethan Glass
COOLEY LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899
eglass@cooley.com

3