IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. (f/k/a REALOGY HOLDINGS CORP.), RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>        Defendants. | Case No. 1:21-cv-00430<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on Tuesday, May 20, 2025 at 10:00 a.m., or as soon thereafter as they may be heard, Plaintiffs' counsel shall appear before the Honorable LaShonda A. Hunt or any Judge sitting in their stead in Courtroom 1425 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the following motion: **Plaintiffs' Partially Unopposed Motion to Amend the Case Schedule (ECF No. 215)**. Plaintiffs and Defendants have met and conferred and The National Association of Realtors ("NAR") and Keller Williams Realty, Inc. ("Keller Williams") have stated that they do not oppose Plaintiffs' request. However, Defendants RE/MAX LLC ("RMLLC") and Anywhere Real Estate, Inc. formerly known as Realogy

1

Holdings Corp. ("Anywhere" and, together with NAR, Keller Williams, and RMLLC, "Defendants") have stated that they oppose any extension of the deadlines beyond one month. Plaintiffs, RMLLC, and Anywhere have met and conferred and jointly propose that RMLLC's and Anywhere's opposition be filed by May 28, 2025, and that Plaintiffs' reply in support be filed by June 4, 2025.

Dated: May 14, 2025

Respectfully submitted,

/s/ *Randall P. Ewing, Jr.*
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (N.D. Ill. Bar No. 56091)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600 St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

Vincent Briganti (pro hac vice)
Christian Levis (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100 White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

*Counsel for Plaintiffs and the Proposed Class*