# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mya Batton, et al.

                     Plaintiff,

v.                                         Case No.: 1:21−cv−00430

                                                        Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' partially unopposed motion to amend the case schedule [215] is granted in part. The deadlines related to class certification, expert reports, and Daubert briefing [155] will each be extended by two months. A joint status report regarding any requests to exceed page limits and submit documents under seal in connection with these filings is due by 5/22/25. The Court will enter a comprehensive scheduling order after reviewing the report. The motion hearing set for 5/20/25 [216] is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.