# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mya Batton, et al.

                    Plaintiff,

v.                                    Case No.: 1:21–cv–00430

                                    Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2025:

        MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report [218] and the Court's most recent order granting a two–month extension for all deadlines relating to class certification, expert reports, and Daubert briefing [217], the revised briefing schedule is as follows: (1) Plaintiffs' motion for class certification (which may not exceed 40 pages) and supporting expert reports are due by 8/20/25; (2) Defendants' opposition to class certification (which may not exceed 50 pages) and supporting expert reports, along with any motions to exclude Plaintiff's class certification experts, are due by 11/20/25; (3) Plaintiffs' reply in support of class certification (which may not exceed 20 pages) and supporting rebuttal expert reports, along with any motions to exclude Defendants' class certification experts, are due by 1/20/26; (4) Defendants' replies in support of their motions to exclude and responses to Plaintiffs' motions to exclude are due by 3/20/2026; and (5) Plaintiffs' replies in support of their motions to exclude are due by 4/20/26. The 5/2/26 fact discovery deadline [155] stands. Parties are reminded that these dates are firm and will not be extended absent extraordinary and unanticipated circumstances, and they should plan accordingly. Furthermore, to the extent the parties seek to file under seal documents that are covered by the agreed protective order in this case [161], they are granted leave to do so in connection with their class certification and/or Daubert motions provided there is good cause to justify the sealing, a public–record redacted version of the sealed documents is filed simultaneously consistent with L.R. 26.2(c)(1), and any sealed documents are highlighted or marked consistent with L.R. 26.2(c)(2). Properly noticed motions to seal need only be filed if and when any party opposes filing a certain document under seal. The 6/4/25 deadline for the filing of an updated joint status report [213] stands. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.