IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>              Defendants. | Case No. 1:21-cv-00430<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge M. David Weisman |

## JOINT MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER REGARDING EXPERT DISCOVERY

    Plaintiffs Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, and Daniel Parsons ("Plaintiffs") and Defendants The National Association of Realtors, Anywhere Real Estate Inc., RE/MAX LLC, and Keller Williams Realty, Inc. ("Defendants"), respectfully request that the Court enter the attached Stipulation and Protective Order Regarding Expert Discovery.

    Pursuant to Federal Rule of Civil Procedure 26, the parties have met and conferred and agree in good faith that the attached Stipulation and Protective Order is necessary and beneficial to govern expert discovery in this case. The Stipulation and Protective Order, attached hereto as Exhibit A, will clarify the parties' discovery obligations relating to any expert witnesses and help minimize disputes concerning the scope of permissible expert discovery.

Dated: June 4, 2025

Respectfully submitted,

*Counsel for Plaintiffs and the Proposed Class*

*/s/ Randall P. Ewing, Jr.*
George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: 312.641.9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (N.D. Ill. Bar No. 56091)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel: 314.241.4844
sberezney@koreintillery.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Noelle Forde (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: 914.997.0500
vbriganti@lowey.com
clevis@lowey.com
nforde@lowey.com

*Counsel for Defendant RE/MAX, LLC*

*/s/ Jeff LeVee*
Jeffrey A. LeVee (*pro hac vice*)
**JONES DAY**
555 Flower Street, 50th Floor
Los Angeles, CA 90071
Tel: 213.489.3939
Fax: 213.243.2539
jlevee@jonesday.com

Eddie Hasdoo (ARDC #6317518)
**JONES DAY**
110 N. Wacker Drive,
Suite 4800
Chicago, IL 60606
Tel: 312.782.3939
Fax: 312.782.8585
ehasdoo@jonesday.com

*Counsel for Defendant Anywhere Real Estate Inc.*

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard (ARDC #6201479)
Jason L. Chrestionson (ARDC #6326714)
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com
jason.chrestionson@morganlewis.com

Stacey Anne Mahoney (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

William T. McEnroe (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001
William.mcenroe@morganlewis.com

William S.D. Cravens (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: 202.373.6083
Fax: 202.739.3001
William.cravens@morganlewis.com

*Counsel for Defendant National Association of REALTORS®*

/s/ *Leonard Gail*
Leonard A. Gail (Ill. Bar #6199745)
Suyash Agrawal (Ill. Bar #6308343)
Brigid M. Carmichael (Ill. Bar #6343307)
**MASSEY & GAIL LLP**
50 E. Washington St., Suite 400
Chicago, IL 60602
Tel: 312.283.1590
lgail@masseygail.com
sagrawal@masseygail.com
bcarmichael@masseygail.com

Matthew M. Collette
"Kylie" Chiseul Kim
**MASSEY & GAIL LLP**
1000 Maine Avenue SW, Suite 450
Washington, DC 20024
Tel: 202.652.4511
mcollette@masseygail.com
kkim@masseygail.com

Michael Bonanno (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: 202.538.8225
mikebonanno@quinnemanuel.com

*Counsel for Defendant Keller Williams Realty, Inc.*

/s/ *Timothy Ray*
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
timothy.ray@hklaw.com

David C. Kully (*pro hac vice*)
Anna P. Hayes (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
800 17th Street NW, Suite 1100
Washington, DC 20530
Tel: 202.469.5415
david.kully@hklaw.com
anna.hayes@hklaw.com

Boris Bershteyn
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Tel: 212.735.3834
Fax: 917.777.3834
boris.bershteyn@skadden.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 4, 2025, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by electronic filing.

Dated: June 4, 2025

                                                                             *s/ Anna P. Hayes*