IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. (f/k/a REALOGY HOLDINGS CORP.), RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 1:21-cv-00430<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge M. David Weisman |

## DECLARATION OF RANDALL P. EWING, JR.

I, Randall P. Ewing, Jr., declare as follows:

1.      I am an attorney with the law firm of Korein Tillery, LLC and I serve as counsel for Plaintiffs in the above-captioned case. I am admitted to practice in Illinois and the United States District Court for the Northern District of Illinois. I have personal knowledge of the facts below and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of 9/22/2025 Expert Report of Rosa M. Abrantes-Mets.

3.      Attached hereto as Exhibit 2 is a true and correct copy of RMLLC-Batton_01636388 – NAR 2021 Profile of Home Buyers and Sellers.

4.      Attached hereto as Exhibit 3 is a true and correct copy of RMLLC-Batton_00197152 – 2015 Industry Comment by Sellman & Associates.

5.      Attached hereto as Exhibit 4 is a true and correct copy of 4/12/2022 Cary Sylvester Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors et al.*, No. 1:19-cv-01610 (N.D. Ill.).

6.      Attached hereto as Exhibit 5 is a true and correct copy of 11/15/2022 Robert Jason Papasan 30(b)(6) Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors et al.*, No. 1:19-cv-01610 (N.D. Ill.).

7.      Attached hereto as Exhibit 6 is a true and correct copy of 10/6/2021 Ruben Gonzalez Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.) and *Christopher Moehrl, et al. v. National Association of Realtors et al.*, No. 1:19-cv-01610 (N.D. Ill.).

8.      Attached hereto as Exhibit 7 is a true and correct copy of RMLLC-Batton_01237891.

9.      Attached hereto as Exhibit 8 is a true and correct copy of 10/30/2023 Trial Testimony of Jen Davis in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

10.     Attached hereto as Exhibit 9 is a true and correct copy of 10/24/2023 Trial Testimony of Rodney Gansho in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

11.     Attached hereto as Exhibit 10 is a true and correct copy of 01/19/22 Gary Keller Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors et al.*, No. 1:19-cv-01610 (N.D. Ill.).

12.    Attached hereto as Exhibit 11 is a true and correct copy of 11/22/21 Robert

Goldberg Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of*

*Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

13.    Attached hereto as Exhibit 12 is a true and correct copy of NAR-

Batton100008356.

14.    Attached hereto as Exhibit 13 is a true and correct copy of NAR-

Batton100008176.

15.    Attached hereto as Exhibit 14 is a true and correct copy of 01/19/22 Gary Keller

Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*,

No. 4:19-cv-00332 (W.D. Mo.).

16.    Attached hereto as Exhibit 15 is a true and correct copy of 10/27/2023 Trial

Testimony of Gary Keller in *Joshua Sitzer, et al., v. The National Association of Realtors, et*

*al.*, No. 4:19-cv-00332 (W.D. Mo.).

17.    Attached hereto as Exhibit 16 is a true and correct copy of 02/04/22 Michelle

Figgs Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors*

*et al.*, No. 1:19-cv-01610 (N.D. Ill.).

18.    Attached hereto as Exhibit 17 is a true and correct copy of 02/04/22 Jay Papasan

Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors et al.*,

No. 1:19-cv-01610 (N.D. Ill.).

19.    Attached hereto as Exhibit 18 is a true and correct copy of 4/14/2022 Jay Papasan

Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*,

No. 4:19-cv-00332 (W.D. Mo.).

20.     Attached hereto as Exhibit 19 is a true and correct copy of 10/25/2023 Trial Testimony of Krista Wilson in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

21.     Attached hereto as Exhibit 20 is a true and correct copy of 8/3/2022 Rodney Gansho 30(b)(6) Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

22.     Attached hereto as Exhibit 21 is a true and correct copy of 01/24/21 Rodney Gansho Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

23.     Attached hereto as Exhibit 22 is a true and correct copy of 8/9/2022 Nick Bailey Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

24.     Attached hereto as Exhibit 23 is a true and correct copy of 8/22/2022 Michael Gorman 30(b)(6) Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

25.     Attached hereto as Exhibit 24 is a true and correct copy of RMLLC-Batton_00035181.

26.     Attached hereto as Exhibit 25 is a true and correct copy of RMLLC-Batton_00123678.

27.     Attached hereto as Exhibit 26 is a true and correct copy of RMLLC-Batton_00002323.

28.     Attached hereto as Exhibit 27 is a true and correct copy of RMLLC-Batton_00034755.

29.     Attached hereto as Exhibit 28 is a true and correct copy of RMLLC-Batton_00159949.

30.     Attached hereto as Exhibit 29 is a true and correct copy of 02/02/22 Darrell King Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors et al.*, No. 1:19-cv-01610 (N.D. Ill.).

31.     Attached hereto as Exhibit 30 is a true and correct copy of 02/02/22 Darrell King Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

32.     Attached hereto as Exhibit 31 is a true and correct copy of 9/22/2025 Expert Report of Norman Miller, Ph.D.

33.     Attached hereto as Exhibit 32 is a true and correct copy of Plaintiff Trial Exhibit 334 (12/21/18 email from Gansho) in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.)

34.     Attached hereto as Exhibit 33 is a true and correct copy of KWRI-Batton-00143347.

35.     Attached hereto as Exhibit 34 is a true and correct copy of 08/04/25 NAR Objections and Responses to Plaintiffs' First St of Interrogatories.

36.     Attached hereto as Exhibit 35 is a true and correct copy of Plaintiff Trial Exhibit D4034 (2023 NAR Code of Ethics) in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

37.     Attached hereto as Exhibit 36 is a true and correct copy of NAR_Battonl00003363.

38.    Attached hereto as Exhibit 37 is a true and correct copy of NAR_BattonI00003945.

39.    Attached hereto as Exhibit 38 is a true and correct copy of KWRI-Batton-00923050.

40.    Attached hereto as Exhibit 39 is a true and correct copy of KWRI-Batton-01147238.

41.    Attached hereto as Exhibit 40 is a true and correct copy of KWRI-Batton-01147235.

42.    Attached hereto as Exhibit 41 is a true and correct copy of 9/28/2023 Jen Davis Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

43.    Attached hereto as Exhibit 42 is a true and correct copy of 4/22/2022 Steven Di Napoli Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

44.    Attached hereto as Exhibit 43 is a true and correct copy of 02/02/22 Ashley Kelm Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors et al.*, No. 1:19-cv-01610 (N.D. Ill.).

45.    Attached hereto as Exhibit 44 is a true and correct copy of Anywhere-BattonI-00032100.

46.    Attached hereto as Exhibit 45 is a true and correct copy of Anywhere-BattonI-00032082.

47.    Attached hereto as Exhibit 46 is a true and correct copy of Anywhere-BattonI-00030230.

48.     Attached hereto as Exhibit 47 is a true and correct copy of RMLLC-Batton_00776089.

49.     Attached hereto as Exhibit 48 is a true and correct copy of RMLLC-Batton_00404689.

50.     Attached hereto as Exhibit 49 is a true and correct copy of RMLLC-Batton_01553795.

51.     Attached hereto as Exhibit 50 is a true and correct copy of RMLLC-Batton_01561985.

52.     Attached hereto as Exhibit 51 is a true and correct copy of Plaintiff Trial Exhibit 485 in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

53.     Attached hereto as Exhibit 52 is a true and correct copy of 04/12/22 Cary Sylvester Deposition Excerpts in Dep. in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

54.     Attached hereto as Exhibit 53 is a true and correct copy of KWRI-Batton-01046131.

55.     Attached hereto as Exhibit 54 is a true and correct copy of 10/24/2023 Trial Testimony of Robert Goldberg in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

56.     Attached hereto as Exhibit 55 is a true and correct copy of Plaintiff Trial Exhibit 1724 (02/06/19 email from Galicia to Elson and Gansho) in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

57.     Attached hereto as Exhibit 56 is a true and correct copy of 3/4/2022 Rene Galicia

Deposition Excerpts in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*,

No. 4:19-cv-00332 (W.D. Mo.).

58.     Attached hereto as Exhibit 57 is a true and correct copy of Anywhere-BattonI-

00028427.

59.     Attached hereto as Exhibit 58 is a true and correct copy of Plaintiff's Trial Exhibit

2879 in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-

00332 (W.D. Mo.).

60.     Attached hereto as Exhibit 59 is a true and correct copy of Plaintiff Trial Exhibit

1642 - 2015 KW MAPS in *Christopher Moehrl, et al. v. National Association of Realtors et

al.*, No. 1:19-cv-01610 (N.D. Ill.).

61.     Attached hereto as Exhibit 60 is a true and correct copy of Anywhere-BattonI-

00028828.

62.     Attached hereto as Exhibit 61 is a true and correct copy of Anywhere-BattonI-

00097588.

63.     Attached hereto as Exhibit 62 is a true and correct copy of 09/27/22 Callahan

Deposition Excerpts in *Christopher Moehrl, et al. v. National Association of Realtors et al.*,

No. 1:19-cv-01610 (N.D. Ill.).

64.     Attached hereto as Exhibit 63 is a true and correct copy of Anywhere-BattonI-

00028580.

65.     Attached hereto as Exhibit 64 is a true and correct copy of RMLLC-

Batton_01684943.

66.     Attached hereto as Exhibit 65 is a true and correct copy of KWRI-Batton-01144997.

67.     Attached hereto as Exhibit 66 is a true and correct copy of KWRI-BATTON-00888301.

68.     Attached hereto as Exhibit 67 is a true and correct copy of RMLLC-Batton_01259554.

69.     Attached hereto as Exhibit 68 is a true and correct copy of RMLLC-Batton_01259792.

70.     Attached hereto as Exhibit 69 is a true and correct copy of Plaintiff Trial Exhibit 505, KWRI_00574778 in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

71.     Attached hereto as Exhibit 70 is a true and correct copy of Anywhere-BattonI-00031114.

72.     Attached hereto as Exhibit 71 is a true and correct copy of RMLLC-Batton_01012002.

73.     Attached hereto as Exhibit 72 is a true and correct copy of KWRI-Batton-00198900.

74.     Attached hereto as Exhibit 73 is a true and correct copy of Jordan M. Barry et al., Et Tu Agent? Commission-Based Steering in Residential Real Estate, 110 Iowa L. Rev. 1473, 1495 (2025).

75.     Attached hereto as Exhibit 74 is a true and correct copy of Plaintiff Trial Exhibit 654A, KWRI_00729074 in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.)

76.     Attached hereto as Exhibit 75 is a true and correct copy of 2/4/2022 Michelle Figgs Deposition Designations in *Joshua Sitzer, et al., v. The National Association of Realtors, et al.*, No. 4:19-cv-00332 (W.D. Mo.).

77.     Attached hereto as Exhibit 76 is a true and correct copy of KWRI-Batton-01138910.

78.     Attached hereto as Exhibit 77 is a true and correct copy of KWRI-BATTON-00732451.

79.     Attached hereto as Exhibit 78 is a true and correct copy of Anywhere-BattonI-00036026.

80.     Attached hereto as Exhibit 79 is a true and correct copy of 08/07/25 Anywhere Real Estate Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories.

81.     Attached hereto as Exhibit 80 is a true and correct copy of NAR_BattonI0279248.

82.     Attached hereto as Exhibit 81 is a true and correct copy of Korein Tillery Firm Resume.

83.     Attached hereto as Exhibit 82 is a true and correct copy of Lowey Dannenberg Firm Resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2025 in Fort Lauderdale, FL.


                                                    /s/ *Randall P. Ewing, Jr.*
                                                    Counsel for Plaintiffs and the Proposed Class

10