# Exhibit 3



**January 20, 2015**  **Industry Comment**
**Sector:** Real Estate Services / Homebuilding / Financials

# Taking a Cut from the Trillion Dollar Market
## Dissecting the Brokerage Industry

In conjunction with our initiations of RLGY and RMAX with Buy ratings, we offer a deep-dive thematic report on the brokerage industry, including an analysis of the major business drivers, the competitive landscape, our view on commission rates and splits, and the impact of technology and the internet. In addition, we extend our existing proprietary outlook for home closings to ascertain what the closings market would look like in a normalized environment, utilizing a demographic approach that we do not believe has been done before and addressing the most pressing topics related to the subject such as the aging baby boomers, the maturing echo boomers, the resolution of the foreclosure crisis and the secular debates around homeownership.

Although our analysis indicates that demographics have been increasingly unfavorable for turnover over the last 30 years and are likely to remain a headwind through the end of the decade, we conclude that 2014 unit closings finished 17% lower than normalized demand while brokerage industry transaction sides are 12% below "normal", suggesting that a positive cyclical backdrop remains for real estate services companies such as RLGY and RMAX, which we explore in more detail in our initiation reports.

Furthermore, within our industry analysis, we address the hot topic issues related to the use of technology by brokerages, agents and consumers and conclude that concerns are overblown related to agent obsolescence or significantly diminished brokerage margins due to the increasing use of the internet and listing portals by consumers. In fact, we believe the brokerage industry is positioned even stronger today than in the past to combat the competitive pressures from the internet given various efforts currently in place, and others that are in the works, to regain control of listings.

We summarize these conclusions and more in our executive summary on pages 2-5 and explore these topics in greater detail within the body of the report, which is broken down into the following sections:

➢ Existing Home Macro Analysis: Demographics at Play
➢ Taking a Cut from the Trillion Dollar Market: Estimated Brokerage Industry Sides
➢ A Brief Background on Real Estate Agents and the Brokerage Business
➢ Analyzing the Players and Market Shares
➢ Broker Commission Rates and Splits Key to Profitability
➢ The Role of the Internet and Technology

**Please refer to the end of this report for relevant disclosures and contact information for Zelman & Associates' research analysts.**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                              RMLLC-Batton_00197152

## A Brief Background on Real Estate Agents and the Brokerage Business

In the most basic sense, real estate agents and brokers are licensed professionals working on behalf of home buyers and sellers to help facilitate transactions, typically generating commissions only upon the successful closing of a home sale. Real estate agents must be at least 18 years old and have passed a licensing examination to be able to sell real estate. Differentiating between sales agents and brokers, the Bureau of Labor Statistics notes that "*to obtain a broker's license, individuals typically need 1-3 years of experience as a licensed sales agent. They also must take additional formal classroom training. In some states, a bachelor's degree may be substituted in place of some experience or training requirements.*" Typically, licenses are renewed every 2-4 years via continuing education. Real estate agents must work for, or be licensed as, a broker in order to represent buyers and sellers. Brokers are licensed to conduct real estate transactions themselves and can hire agents. For reference, although the terms "real estate agent", "broker" and "Realtor" are often mentioned interchangeably, Realtors are members of the National Association of Realtors, adhering to the group's standards and ethics.

Similar to individual sales agents, the residential brokerage industry's goal is to facilitate transactions between home buyers and sellers. From a high level, residential brokerage firms are the companies that employ or contract real estate agents with a focus on the recruitment and retention of productive agents to be involved in the greatest number of real estate transactions. However, the structure of brokerages can vary greatly, ranging from independent or franchised full-service brokerages to discount or fee-for-service models.

**Real Estate Agents from the Viewpoint of Home Buyers and Sellers**

From a buyers' perspective, a "buyers' agent" – also known as a "selling agent" – locates properties available for sale, schedules viewings, provides local-market expertise and advice during the buying process and ultimately negotiates the price and terms of the transaction on the buyers' behalf. On the other side of the transaction, a seller will work with a "listing agent", made official through a listing agreement that gives the agent the right to sell the home while negotiating factors such as the exclusivity of the seller/agent relationship, the duration of the listing agreement and the amount of commission that will be offered to the listing agent and buyer's agent if a sale is consummated. The listing agent helps the seller determine the appropriate price to list the home, lists the property on the Multiple Listing Service (MLS), markets the property through various outlets including the listing portals, hires a photographer, and negotiates on the seller's behalf. With written consent from both parties, a dual agent can represent both the buyer and seller in a transaction. As detailed in the later section on commissions, they are typically only paid by the seller as a portion of the home sale proceeds and are generally split evenly between the two sides' agents.

**Two Primary Types of Real Estate Brokerages: Independent versus Franchised Operations**

There are two primary types of full-service real estate brokerages: independent companies and those that are part of a franchised network. A majority of the most recognizable brand names in residential real estate run franchised operations – including seven of the 10 largest brokerages based on 2013 transaction sides, led by RE/MAX, Keller Williams, Coldwell Banker and Century 21. Importantly, some brokerage firms operate both a franchised and independently-owned model, most notably, Coldwell Banker, part of RLGY.

Whether independent or franchised, full-service brokerage firms provide the support for agents to most effectively operate, which can include training, advertising, marketing and brand awareness, lead generation, websites and other technology offerings or ancillary business affiliations such as mortgage or title companies. Like other industries, independently-owned companies retain full economic interest in their offices; therefore, independent brokerage firms typically record revenue as the gross commissions generated by its agents, in addition to other potential fees or sources of revenue, while the largest expense is the percentage of commission paid out to agents (the "commission split").

In a franchised brokerage model, a *franchisee* pays for the ability to operate as an independently-owned office under a *franchisor's* brand, while benefiting from factors such as brand awareness, training, marketing, websites and technology offerings and various back-office support. For the right to own and operate a franchised office, the franchisee typically pays an upfront franchise fee plus ongoing royalties based on its office's gross commissions. Upfront franchise fees typically approximate $25,000 per office while *gross royalty rates* are normally 6% of gross commissions, although brokerage firms may provide discounted royalty rates for offices that exceed certain volume thresholds or other incentive programs. Along these lines, we note that RLGY's *net* effective royalty rate across its franchised operations equaled 4.5% in 2013 and has averaged 4.9% since 2002. These royalty payments from franchisees are the primary source of a franchisor's revenue. Specific to RMAX, as detailed in our initiation, its revenue is primarily derived from fixed annual and

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER RMLLC-Batton_00197175

monthly payments from agents, making the number of agents the primary driver of its top-line, rather than transaction volume and commission dollars.

On the expense side, just as independent owners are responsible for overhead and operating expenses across all their offices, franchisees cover the overhead and operating expenses associated with their office as the business is typically run as a relatively independent operation under the umbrella of the franchisor. As a result, franchisors are generally viewed as relatively lower-cost, higher-margin businesses. Depending on the company's strategy, independent or franchised brokerages could also charge fixed fees to its agents in order to help cover various office-related overhead, rent, or contribute to advertising funds.

### The Disrupters – Discount Brokerages Add a Layer of Competition to Full-Service Firms

Adding a wrinkle to the brokerage landscape, in addition to the competition amongst the full-service brokerages, discount and fee-for-service brokerages introduce another layer of competition. Generally, agents of discount brokerages charge lower commissions than prevailing market rates, although the discount often comes alongside fewer services provided to the home buyer or seller. In some instances, discount brokerages are "full-service", meaning that buyers and sellers receive the full suite of brokerage services as a traditional brokerage, albeit for a discounted or rebated price. However, the lower top-line presents challenges to operators under this model, particularly for new entrants with significant advertising costs to promote the business. More often, discount brokerages may operate an a-la-carte or fee-for-service model, in which the brokerage services can be unbundled, allowing buyers and sellers to only pay for the services they desire, which can range from simply listing the home on the Multiple Listing Service, to advertising, hosting open houses or negotiating the transaction.

Importantly, in discussing the competitive threat from discount brokerages, our brokerage contacts largely described discount brokerages as "local market disrupters" as they generally do not have the scale to impact commissions on a national basis but can create noise at a local level. According to our contacts, discount brokerages garner roughly a 2% market share and typically focus on lower-end product since these sellers are often most interested in minimizing their cash outlay in the home sale process and are more likely to have the time to facilitate certain steps in the process, such as being available for showings or holding open houses.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER RMLLC-Batton_00197176