# Exhibit 24

*Via DocuSign*

March 28, 2022

Alexander Karavasilis
RE/MAX Advantage Realty
34590 Sussex Hwy.
Laurel, DE 19956

RE:    Approval of Transfer of RE/MAX Franchise #R0440401
        Counter-Signed Transfer Documents

Dear Alex:

Congratulations on the completion of your transfer! Enclosed please find counter-signed copies of your Franchise Agreement, Transfer Agreement, and Transfer Addendum to retain for your business records.

As we have expressed, we are excited that you have entered into this franchise relationship and we look forward to continuing a long and mutually beneficial business relationship. Should you have any questions, please contact your Ed Vieira, at (303) 796-3342.

Sincerely,

*KEVIN NORTHRUP*
3CBAB41BF135484...

Kevin Northrup
Vice President, Region Development

Enclosures

cc.    Ed Vieira, Area Vice President
        Samantha Zarnes, Franchise Development Consultant
        Franchise File

5075 S. Syracuse St.    Denver, Colorado 80237-2712    (303) 770-5531

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RMLLC-Batton_00035181

## FRANCHISE TRANSFER AGREEMENT

THIS AGREEMENT is entered into this 23rd day of March, 2022 (the *"Effective Date"*) by and among Pamela Price, a sole proprietor, (*"Transferor"*), First American Properties, Inc. (*"Transferee"*) and RE/MAX, LLC (*"RE/MAX"*). If either the Transferor or the Transferee is a business entity, their owners shall be required to sign this Agreement thereby agreeing to be personally and individually bound by this Agreement.

## RECITALS:

A.      On the 29th day of December, 2020, Transferor entered into a Franchise Agreement (the *"Franchise Agreement"*) with RE/MAX whereby Transferor was granted the right to establish and operate a RE/MAX real estate services office using the RE/MAX system, the RE/MAX name, service marks, logos, slogans and other commercial symbols exclusively at the following location: 34590 Sussex Highway, Laurel, Delaware 19956 ("the *"Franchise"*).

B.      The Franchise Agreement is scheduled to expire o̶ ███████████

C.      Transferor desires to transfer the Franchise to Transferee and has requested that RE/MAX consent to such transfer pursuant to Paragraph 12 of the Franchise Agreement and Transferee desires to acquire the Franchise.

D.      RE/MAX has agreed to permit the transfer of the Franchise to Transferee and to accept Transferee as substituted Franchisee provided certain conditions, including the following, are satisfied: (1) payment of either (a) the applicable transfer fee or (b) the applicable renewal fee (if this transfer is occurring in connection with the expiration of the Franchise Agreement); (2) execution by Transferee of a new franchise agreement in the form being used by RE/MAX at the time of the transfer (the *"New Franchise Agreement"*); and (3) satisfaction of certain additional requirements as more fully set forth below.

THEREFORE, in consideration of the mutual promises set forth in this Agreement, and other good and valuable consideration, the parties do hereby agree as follows:

1.      *Transfer.* Transferor hereby relinquishes all right, title and interest as well as all obligations, responsibilities and duties relating to the Franchise and assigns and transfers all such right, title, interest, obligations, responsibilities and duties to Transferee (the *"Transfer"*).

2.      *Conditions to Consent of Transfer.* RE/MAX hereby approves the Transfer provided all of the following conditions are met as of the Effective Date: (a) all amounts due and owing RE/MAX (and any of its affiliated companies), as of the Effective Date of this Agreement, have been paid in full; (b) payment of the applicable transfer fee or renewal fee, as appropriate, in the amount of ████ ) Transferee has executed the New Franchise Agreement (and such other related transfer documents as required by RE/MAX) designating Transferee as the new franchisee; and (d) if Transferee is a business entity, its owners have executed RE/MAX's then current form of personal guaranty, agreeing to bound by all of the terms, conditions and provisions of the New Franchise Agreement.

3.      *Termination of Franchise Agreement.* This Agreement terminates the Franchise Agreement and Transferor's business relationship with RE/MAX under the terms of the Franchise Agreement. As of the Effective Date, neither Transferor nor, if it is a business entity, its owners, shall have any further rights or interest in the Franchise Agreement and, except as provided in

Transfer Agreement – New FA
January 2019

1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
SUBJECT TO PROTECTIVE ORDER

"The transfer of this stock (or other interest) is subject to the terms and conditions of the franchise agreement between this corporation (or other entity) and RE/MAX, LLC. These restrictions prohibit transfer without the prior written approval of RE/MAX, LLC."

You and each Owner agree to execute a guaranty in the form attached to this Agreement, undertaking personally to be bound, jointly and severally, by all provisions of this Agreement and any ancillary agreements between you and us.

F.      **MANAGEMENT OF THE OFFICE**.

You or one of your principal Owners shall agree at all times to hold—or to secure the services of an individual who holds—a valid state real estate broker license, or such other state license as may be required to act as the designated or managing broker of record ("***real estate broker license***"), under whose license the Office will be conducted (the "***manager***"). Such person shall devote his or her full time and best efforts to the management and supervision of the Office. You agree to ensure that all of your Sales Associates are supervised by the manager, and that the manager will be charged with responsibility for continuing personal guidance, oversight, day-to-day management, orientation, instruction and supervision of your Sales Associates, and for receipt and timely, appropriate processing of requests, reports or complaints respecting the conduct and professional performance of your Sales Associates. You and the manager shall scrupulously observe and adhere to your state's regulations affecting real estate brokers and salesmen. You agree to respond promptly to customer complaints and shall take such other steps as may be required to ensure positive customer relations. You, the manager, and each Owner that holds a real estate broker license shall maintain registration of such real estate broker license(s) with the Office, and with no other real estate brokerage, absent express written permission from RE/MAX, LLC.

G.      **TRAINING**.

You or one of your principal Owners shall attend in its entirety and successfully complete, prior to the opening of the Office or within 30 days of the Agreement Date, whichever is sooner, the next scheduled RE/MAX initial training program ("***Initial Training***" or "***Initial Training Program***") we conduct for new RE/MAX office franchisees in Denver, Colorado or such other place as we shall reasonably designate including—if circumstances warrant and in RE/MAX, LLC's sole discretion—online training via web conferencing or webinar. You may send one or more people from the Office free of charge to the Initial Training Program although you will be responsible for all travel, meal, lodging, and entertainment expenses you or anyone else from the Office incurs while attending the training program. Although it is not required, sometime during the Term we recommend that you take *Momentum 2.0*.

In addition, if required by us, prior to renewal of the Franchise, you or one of your principal Owners shall, at your expense (including the cost of the course and all travel, meal, lodging, and entertainment expenses), complete the following course: RE/MAX 501: *Maximizing Your Office Potential*; and/or such other training deemed necessary by us (or provide us with evidence that you or such Owners have satisfied requirements equivalent to such course or training).

H.      **PROFESSIONAL MEMBERSHIPS**.

You agree that you and each of your Sales Associates will join and remain a member in good standing and comply with the by-laws and rules and regulations of a local Board of REALTORS® (or comparable organization) and, where available, you will become and remain a participant in a board owned multiple listing service. You also agree that you and your Sales Associates will abide by the Code of Ethics of the National Association of REALTORS®.

I.      **RE/MAX REFERRAL SYSTEM.**

You acknowledge the importance of the RE/MAX referral system as an integral part of the System and to the success of RE/MAX offices. Accordingly, you will refer requests for real estate services in another city to a RE/MAX office for that city. We will establish procedures and make appropriate forms available to facilitate referrals between you and other RE/MAX offices and RE/MAX Affiliates.

MULTISTATE FA
April 2021 (as amended August 2021)

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RMLLC-Batton_00035237

17. **SUBMISSION OF AGREEMENT.**

THE SUBMISSION OF THIS AGREEMENT TO YOU DOES NOT CONSTITUTE AN OFFER AND THIS AGREEMENT SHALL NOT BE BINDING ON US UNLESS AND UNTIL IT IS ACCEPTED BY US, THAT IS, SIGNED BY OUR AUTHORIZED OFFICER AND RETURNED TO YOU.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the day and year set forth below.

**RE/MAX, LLC**

By: _KEVIN NORTHRUP_
 Kevin Northrup

Title: Vice President, Region Development

Date: 3/28/2022

**First American Properties, Inc.**

By: _Alexander Karavasilis_
 Alexander Karavasilis

Title: President

Date: 3/25/2022

MULTISTATE FA
April 2021 (as amended August 2021)

49

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL EYES ONLY
SUBJECT TO PROTECTIVE ORDER

RMLLC-Batton_00035258