# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Mya Batton, et al.

                      Plaintiff,

v.                                     Case No.: 1:21−cv−00430

                                                            Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person and telephonic motion hearing held. As discussed, Defendants' motion to strike or stay [246] and Plaintiffs' motions to amend case schedule [248] and file a second corrected motion for class certification [249] are taken under advisement. Continued telephonic hearing on all matters, including a proposed joint schedule for class certification and expert discovery matters is set for 11/14/25 at 9:00AM. Attorneys/parties may appear by dialing: 650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Because the Court will be on trial that week, by 11/12/25, counsel shall jointly email the courtroom deputy if they do not have an agreement regarding how to proceed so that the hearing may be rescheduled. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.