## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Mya Batton, et al.

                        Plaintiff,

v.                                                              Case No.: 1:21−cv−00430
                                                                        Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Counsel sent an email on 11/12/25 to Judge Hunt's courtroom deputy indicating that Plaintiffs and Defendant Anywhere Real Estate, Inc. were unable to reach an agreement on how to proceed and are prepared to appear on 11/14/25 for a hearing. The Court set the 11/14/25 date as a placeholder and its prior order [256] clearly indicated that it would be on trial this week and the hearing would be rescheduled if the parties had a dispute. Accordingly, the telephonic hearing set for 11/14/25 [256] is stricken. With the parties having failed at resolving this matter among themselves, the Court now rules as follows: For all the reasons stated on the record at the 11/4/25 hearing, Defendant 9;s Motion to Strike or Stay [246] is granted to the extent that Plaintiff's Motions for Class Certification [236] [243] [244] are stricken without prejudice to refiling. Plaintiffs' motions to amend case schedule [248] and file a second corrected motion for class certification [249] are terminated as moot. All briefing on class certification and related experts [232] is stayed pending further court order. Expert discovery may continue by agreement of the parties. By 11/24/25, the parties must meet and confer and file a joint status report setting forth what class certification/expert discovery remains, whether any of that can proceed or should be stayed until the Burnett appeal is resolved, and any other pertinent information. Parties may submit separate proposals (not to exceed 3 pages each) if there is no consensus. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.