IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE INC. (f/k/a REALOGY HOLDINGS CORP.), HOMESERVICES OF AMERICA, INC., BHH AFFILIATES, LLC, HSF AFFILIATES, LLC, THE LONG & FOSTER COMPANIES, INC., RE/MAX, LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>      Defendants. | Case No. 1:21-cv-00430<br><br>Judge LaShonda A. Hunt<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT**

Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Kim, Anna James, James Mullis, Theodore Bisbicos, and Daniel Parsons ("Plaintiffs") and Defendants Anywhere Real Estate Inc., The National Association of REALTORS®, RE/MAX, LLC, and Keller Williams Realty, Inc. ("Defendants") (together, "Parties") respectfully submit this Joint Status Report in response to the Court's November 13, 2025 Order (ECF No. 257) to address discovery pending the appeal of Objector-Appellant James Mullis in *Burnett v. NAR*, No. 24-2143 (8th Cir.) ("*Burnett* Appeal").

    1.    **Fact discovery.** The Parties agree that fact discovery will proceed pending the *Burnett* Appeal except with respect to Plaintiffs with stayed claims—i.e., Plaintiffs Mya Batton,

James Mullis, and Theodore Bisbicos ("Stayed Plaintiffs"). To date, no fact discovery has been taken of the Stayed Plaintiffs. Defendants have taken depositions of each of the Plaintiffs with claims that are not stayed, and those Plaintiffs and Defendants have substantially completed their document productions. The current fact discovery deadline is June 5, 2026. ECF No. 232. The parties are not seeking a modification of that deadline.

2. **Expert discovery.** The Parties agree that all expert discovery and related briefing will be stayed pending the *Burnett* Appeal. To date, no expert discovery has occurred.

3. **Status report.** The Parties agree to provide a written status update to the Court within seven days of any ruling in the *Burnett* Appeal to include a proposed schedule for class certification briefing and expert disclosures and, if applicable, a schedule for fact discovery related to the Stayed Plaintiffs.

Dated:   November 24, 2025

Respectfully submitted,

*/s/ Stacey Anne Mahoney*
Kenneth M. Kliebard
Jason L. Chrestionson
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL  60606
Telephone: (312) 324-1000
kenneth.kliebard@morganlewis.com
jason.chrestionson@morganlewis.com

Stacey Anne Mahoney (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178
Telephone: (212) 309-6000
stacey.mahoney@morganlewis.com

William T. McEnroe (*pro hac vice*)
Dennie B. Zastrow (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Randall Ewing*
George A. Zelcs
Randall P. Ewing, Jr.
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL  60601
Telephone: (312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney
Michael E. Klenov (*pro hac vice*)
Carol O'Keefe (*pro hac vice*)
Peter O. Rocque (*pro hac vice*)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844

2222 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
william.mcenroe@morganlewis.com
dennie.zastrow@morganlewis.com

*Attorneys for Defendant Anywhere Real Estate Inc.*


*/s/ Matthew M. Collette*
Leonard A. Gail
Suyash Agrawal
Brigid M. Carmichael
Morgan Meyer
**MASSEY & GAIL LLP**
50 East Washington Street, Suite 400
Chicago, IL 60602
Telephone: (312) 283-1590
lgail@masseygail.com
sagrawal@masseygail.com
bcarmichael@masseygail.com
mmeyer@masseygail.com

Matthew M. Collette
Chiseul Kylie Kim
**MASSEY & GAIL LLP**
The Wharf
1000 Main Avenue SW, Suite 450
Washington, DC 20024
Telephone: (202) 652-4511
mcollette@masseygail.com
kkim@masseygail.com

*Attorneys for Defendant National Association of REALTORS®*


*/s/ Eddie Hasdoo*
Eddie Hasdoo
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
ehasdoo@jonesday.com

sberezney@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com
procque@koreintillery.com

Vincent Briganti (*pro hac vice*)
Christian Levis (*pro hac vice*)
Noelle Feigenbaum (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
vbriganti@lowey.com
clevis@lowey.com
nfeigenbaum@lowey.com

*Attorneys for Plaintiffs and the Proposed Classes*

Jeffrey A. LeVee (*pro hac vice*)
**JONES DAY**
555 Flower Street
Los Angeles, CA  90071
Telephone: (213) 489-3939
jlevee@jonesday.com

*Attorneys for Defendant RE/MAX LLC*


*/s/ Timothy Ray*
Timothy Ray
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL  60603
Telephone: (312) 263-3600
timothy.ray@hklaw.com

David C. Kully (*pro hac vice*)
Anna P. Hayes (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
800 17th Street NW, Suite 1100
Washington, DC  20530
Telephone: (202) 469-5415
david.kully@hklaw.com
anna.hayes@hklaw.com

Jennifer Lada (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, NY  10019
Telephone: (212) 513-3513
jennifer.lada@hklaw.com

*Attorneys for Defendant Keller Williams Realty, Inc.*