IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 1:21-cv-00430 (LAH) |

## AMENDED NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 12, 2026, at 10:00 a.m., or as soon thereafter as they may be heard, Plaintiffs Mya Batton, Aaron Bolton, Michael Brace, Do Yeon Irene Kim, Anna James, James Mullis, Theodore Bisbicos, and Daniel Parsons ("Plaintiffs"), through their counsel, shall appear before the Honorable Judge Hunt or any judge sitting in her stead in Courtroom 1425 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present the following motion: **Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Keller Williams Realty, LLC** and **Plaintiffs' Memorandum of Law** (ECF No. 262) in support thereof.

As detailed in their Memorandum of Law and accompanying documents, Plaintiffs respectfully submit that the proposed Settlement is fair, reasonable, and adequate such that the Court will likely be able to approve the Settlement under Fed R. Civ. P. 23(e)(2). Plaintiffs further submit that the settlement satisfies the requirements of Fed R. Civ. P. 23(a) and 23(b)(3) and that proposed class counsel are adequate under Fed. R. Civ. P. 23(g). Plaintiffs therefore respectfully move for entry of an order:

(i) preliminarily approving the settlement;

(ii) certifying a settlement class as to Defendant Keller Williams Realty, LLC;

(iii) appointing Lowey Dannenberg, P.C. and Korein Tillery, LLC as Settlement Class Counsel;

(iv) approving the proposed plan of notice to settlement class members;

(v) appointing A.B. Data, Ltd. as Claims Administrator;

(vi) appointing Citibank, N.A. as Escrow Agent; and

(vii) setting deadlines related to final approval of the settlement.

Dated: February 3, 2026          Respectfully submitted,

/s/ *Vincent Briganti*
Vincent Briganti (pro hac vice)
Margaret MacLean (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100 White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmclean@lowey.com
nforde@lowey.com

George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (N.D. Ill. Bar No. 56091)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600 St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

*Counsel for Plaintiffs and the Proposed Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system, which will send notification of the same to all counsel of record in this matter.

*/s/ Noelle Forde*
Noelle Forde