UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Mya Batton, et al.
                                            Plaintiff,
v.                                          Case No.: 1:21−cv−00430
                                            Honorable LaShonda A. Hunt
The National Association of Realtors, et al.
                                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: In−person and telephonic motion hearing held on 2/12/26. For the reasons stated on the record, Plaintiffs' motion for preliminary approval of settlement with Keller Williams [262] is granted. Settlement hearing set for 7/28/26 at 10:30 AM in Courtroom 1425. Counsel of record or other interested parties may appear telephonically by dialing 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.