UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 1:21-cv-00430 (LAH) |

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

On February 19, 2026, Defendant Keller Williams Realty, LLC ("Settling Defendant"), formerly known as Keller Williams Realty, Inc., caused notice of the proposed class action settlement in the above-referenced action with Plaintiffs and the Settlement Class (as defined by the Amended Stipulation and Agreement of Settlement with Settling Defendant, ECF No. 115-1) to be provided to each appropriate Federal official and each appropriate State official by either U.S. Postal Service Priority Mail or electronic mail pursuant to 28 U.S.C. § 1715(b).

Dated: February 19, 2026            Respectfully Submitted,

/s/ *Boris Bershteyn*
Boris Bershteyn (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-2000
Boris.bershteyn@skadden.com

David C. Kully (*pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th St NW
Washington, DC 20006
(202) 469-5415
David.Kully@hklaw.com

*Attorneys for Defendant Keller Williams Realty, LLC, formerly known as Keller Williams Realty, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system, which will send notification of the same to all counsel of record in this matter.

*/s/ Boris Bershteyn*
Boris Bershteyn
