## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Mya Batton, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:21−cv−00430
                                                      Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2026:

     MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. For the reasons stated on the record, Plaintiffs' motions to relate and reassign [271] and for preliminary injunction [273] are denied. Plaintiffs' motion for preliminary approval of proposed plan of distribution [276] previously set for 3/12/26 at 10:00AM as an in−person hearing is converted to a telephonic hearing. Attorneys/parties may appear telephonically by dialing 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Finally, Plaintiffs' motion to appoint interim co−lead class counsel [292] is taken under advisement. Any response is due by 3/20/26, and any reply is due by 3/23/26. The motion hearing set for 3/10/2026 [293] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.