**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated, |  |
| Plaintiffs, | Case No. 1:21-cv-00430 (LAH) |
| v. | Hon. Lashonda A. Hunt |
| THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., |  |
| Defendants. |  |

**DEFENDANT ANYWHERE REAL ESTATE INC.'S
MOTION TO STAY PROCEEDINGS PENDING
FINAL APPROVAL OF CLASS SETTLEMENT**

Defendant Anywhere Real Estate Inc. ("Anywhere"), by and through its counsel, respectfully submits this Motion to Stay Proceedings Pending Final Approval of Class Settlement. As set forth more fully in the supporting Memorandum of Law, proceedings should be stayed as to Anywhere pending final approval of Anywhere's class settlement for the following reasons:

1. Most of the claims in this case are already stayed due to the settlement that Anywhere previously reached in *Burnett v. Nat'l Ass'n of Realtors, et al.,* No. 4:19-cv-00332-SRB (W.D. Mo.).

2. The settlement reached by Anywhere in *Tuccori v. At World Properties, LLC*, No. 1:24-cv-00150 (N.D. Ill.) resolves all remaining claims against Anywhere that were not previously resolved and enjoined by the *Burnett* settlement. That settlement has received preliminary approval from the Hon. Lindsay C. Jenkins in *Tuccori. See Tuccori*, ECF 119.

3.      Given the resolution of all outstanding claims against Anywhere, a stay pending final approval of Anywhere's settlement in *Tuccori* would simplify the issues and streamline the case, reduce the burden of litigation on the parties and the Court, and Plaintiffs will suffer no undue prejudice.

WHEREFORE, for the foregoing reasons, and as detailed in the supporting Memorandum of Law submitted with this Motion, Anywhere respectfully requests that the Court enter an order granting the Motion to Stay Proceedings Pending Final Approval of Class Settlement.

Dated: March 20, 2026

Respectfully Submitted,

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com

Stacey Anne Mahoney (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

William T. McEnroe (*pro hac vice*)
Dennie Zastrow (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001
william.mcenroe@morganlewis.com
dennie.zastrow@morganlewis.com

Aaron D. Van Oort
Kevin P. Wagner (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
220 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
aaron.vanoort@faegredrinker.com
kevin.wagner@faegredrinker.com

*Counsel for Defendant Anywhere*
*Real Estate Inc. (f/k/a Realogy Holdings Corp.)*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.

Dated: March 20, 2026

*/s/ Kenneth M. Kliebard*

Kenneth M. Kliebard