**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 1:21-cv-00430 (LAH) |
| v. | Hon. Lashonda A. Hunt |
| THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | |
| Defendants. | |

## NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on **Wednesday, March 25, 2026 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, I will appear before the honorable LaShonda A. Hunt, or any Judge in her stead, in the courtroom usually occupied by her, room 1425 of the Everett McKinley Dirksen Courthouse, located at 219 S. Dearborn, Chicago, Illinois 60604, and present **Defendants Anywhere Real Estate Inc.'s  Motion to Stay Proceeding Pending Final Approval of Class Settlement**, a copy of which is attached and served upon you.

Dated: March 20, 2026

Respectfully Submitted,

*/s/ Kenneth M. Kliebard*
Kenneth M. Kliebard
**MORGAN, LEWIS & BOCKIUS LLP**
110 N. Wacker Drive, Suite 2800
Chicago, IL 60606
Tel: 312.324.1000
Fax: 312.324.1001
kenneth.kliebard@morganlewis.com

Stacey Anne Mahoney (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
stacey.mahoney@morganlewis.com

William T. McEnroe (*pro hac vice*)
Dennie Zastrow (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001
william.mcenroe@morganlewis.com
dennie.zastrow@morganlewis.com

Aaron D. Van Oort
Kevin P. Wagner (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
220 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
aaron.vanoort@faegredrinker.com
kevin.wagner@faegredrinker.com

*Counsel for Defendant Anywhere*
*Real Estate Inc. (f/k/a Realogy Holdings Corp.)*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's electronic filing system.


Dated: March 20, 2026                    */s/ Kenneth M. Kliebard*

                                         Kenneth M. Kliebard