## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-00430 |
| Plaintiffs, | |
| v. | Judge LaShonda A. Hunt |
| THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | Magistrate Judge M. David Weisman |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the district court's Order denying their motion for preliminary injunction entered on March 5, 2026 (ECF No. 294), and all other orders adverse in whole or in part to Plaintiffs.

Respectfully submitted,


Dated: April 1, 2026                /s/ *Randall P. Ewing, Jr.*

Randall P. Ewing, Jr.
George A. Zelcs
Ryan Z. Cortazar
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
Facsimile: 312-641-9751
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com


Steven M. Berezney (MO Bar #56091)
Michael E. Klenov
Carol O'Keefe
**KOREIN TILLERY LLC**
505 N. 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
sberezney@koreintillery.com
mklenov@koreintillery.com
cokeefe@koreintillery.com


Vincent Briganti
Margaret MacLean
Noelle Forde
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
mmaclean@lowey.com
nforde@lowey.com

*Attorneys for Plaintiffs and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, the foregoing was filed electronically with the Clerk of Court of the Northern District of Illinois to be served by the Court's electronic filing system to all Counsel of Record:

/s/ *Randall P. Ewing, Jr.*
Randall P. Ewing, Jr.