**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 1:21-cv-00430 |
| v. | |
| THE NATIONAL ASSOCIATION OF REALTORS, REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., | |
| Defendants. | |

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**

On April 3, 2026, Defendant RE/MAX, LLC ("Settling Defendant") caused notice of the proposed class action settlement in the above-referenced action with Plaintiffs and the Settlement Class (as defined by the Stipulation and Agreement of Settlement with Settling Defendant, ECF No. 310-2) to be provided to each appropriate Federal official and each appropriate State official by either U.S. Postal Service Priority Mail or electronic mail pursuant to 28 U.S.C. § 1715(b).

Dated:  April 6, 2026

/s/ Eddie Hasdoo

Eddie Hasdoo
ehasdoo@jonesday.com
JONES DAY
110 N. Wacker, Suite 4800
Chicago, Illinois 60606
Tel: (312) 782-3939
Fax: (312) 782-8585

Jeffrey A. LeVee
jlevee@jonesday.com
JONES DAY
555 S. Flower Street, 50th Floor
Los Angeles, California 90071
Tel: (213) 489-3939
Fax: (213) 243-2539

*Attorneys for Defendant RE/MAX, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system, which will send notification of the same to all counsel of record in this matter.

/s/ Eddie Hasdoo
Eddie Hasdoo

*Attorney for Defendant RE/MAX, LLC*