**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC., <br><br> Defendants. | Case No. 1:21-cv-00430 (LAH) |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF
FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH KELLER
WILLIAMS REALTY, LLC AND RE/MAX, LLC AND
CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
PAYMENT OF LITIGATION EXPENSES AND
PLAINTIFFS' REQUEST FOR SERVICE AWARDS**

Plaintiffs, by and through Class Counsel, respectfully submit this reply in support of their motion for final approval of their $20 million class settlement with Keller Williams Realty, LLC fna Keller Williams Realty, Inc. ("Keller Williams") and their $8.5 million settlement with RE/MAX, LLC ("RE/MAX" and, together with Keller Williams, "Settling Defendants") ("Motion for Final Approval", ECF No. 336) and their motion for attorneys' fees, reimbursement of litigation expenses, and service awards (ECF No. 337).[1] The Court preliminarily approved both Settlements finding that they were "entered into at arm's length by experienced counsel, supervised by a neutral mediator, treat[] all class members equitably, and preliminarily appear[] to be reasonable, fair, and adequate." ECF No. 269 ¶ 5; 314 ¶ 5. The Court further approved the Settlements' distribution plans (ECF Nos. 296, 315) and appointed the undersigned as Class Counsel of the Settlement Classes, determining that "the requirements of Rule 23(g) of the Federal Rules of Civil Procedure are fully satisfied by this appointment." ECF No. 269 ¶ 7; 314 ¶ 7.

On April 14, 2026, the Claims Administrator, A.B. Data, Ltd. ("A.B. Data"), initiated the Court-approved notice program. ECF No. 347 ¶ 5. As set forth in Plaintiffs' Motion for Final Approval, the notice program successfully delivered 144,888 emails to potential class members and generated 225,996,699 online impressions, which exceeded the initial 200,000,000 impression goal. ECF No. 336 at 14-15; *see also* ECF No. 347 ¶¶ 5-8. A.B. Data subsequently sent two reminder emails to potential Class Members on June 22, 2026 and July 20, 2026, respectively. July 21, 2026 Declaration of Julia Westphal ("Westphal Decl.") ¶¶ 6-7. A.B. Data also set up and continues to maintain a website and toll-free telephone number to provide

---

[1] With respect to the Keller Williams Settlement, "Plaintiffs" refers to Plaintiffs Batton, Bolton, Brace, Kim, James, Mullis, Bisbicos, and Parsons. With respect to the RE/MAX Settlement, "Plaintiffs" refers to Plaintiffs Bolton, Brace, Kim, James, and Parsons.

information regarding the Settlements. Westphal Decl. ¶¶ 14-15.

On June 9, 2026, Plaintiffs moved for final approval of the settlements as well as for attorneys' fees, reimbursement of litigation expenses, and service awards. ECF Nos. 336, 337. The motions set forth in detail, *inter alia*, the substance of the Settlements, the nature of their arms'-length negotiation, the benefit of the Settlements relative to the risks of continued litigation, and the substantial resources, time, and effort expended by Plaintiffs and Class Counsel in litigating this case to date and the resulting fee, expense, and service award requests. ECF Nos. 336, 337. These motions, along with the Settlement Agreements, motions for preliminary approval, distribution plans, the Court's relevant orders, and all accompanying attachments and exhibits, have been posted to the Settlement Website and have been readily accessible to potential class members. *See* "Documents", https://homebuyerlitigation.com/documents/ (last visited July 21, 2026).

The deadline for Settlement Class Members to object to or opt out of the Settlements was June 23, 2026. ECF No. 314 at 13. To date, not a single Class Member has objected or submitted an exclusion request. Westphal Decl. ¶ 17. This resounding support confirms the Court's preliminary findings and warrants final approval. *In re Broiler Chicken Antitrust Litig.,* No. 1:16-CV-08637, 2025 WL 2201610, at *3 (N.D. Ill. Jun. 30, 2025) (finding "[t]he positive reaction of the class supports granting final approval of the settlements" where 22 class members opted-out and one objected); *T.K. Through Leshore v. Bytedance Tech. Co.,* No. 19-CV-7915, 2022 WL 888943, at *16 (N.D. Ill. Mar. 25, 2022) (noting seven exclusions and eleven objections, concluding "[h]ere, the fact that so few members of the Proposed Settlement Class objected to or opted out of the Proposed Settlement suggests strong support.").

To date, A.B. Data has received 32,897 claims. Westphal Decl. ¶ 20. As the claims

deadline is not until August 25, 2026 (ECF No. 314 at 13), Class Counsel expect to receive additional claims submissions. In addition, A.B. Data has purchased, with Class Counsel's approval, an email list of up to 7,497,682 additional prospective Settlement Class members that it will use to stimulate additional claims. Westphal Decl. ¶ 12.

For all the reasons articulated here and in Plaintiffs' prior motions, the Settlements are an excellent result for the Classes as evidenced by the complete absence of objections or exclusions over the course of more than three months. Plaintiffs respectfully request that the Court (i) grant Final Approval of the Settlements; (ii) certify the Settlement Classes; (iii) approve the application of the Distribution Plans to the Settlements; and (iv) provide other such relief required to effectuate the Settlements.

Dated: July 21, 2026

Respectfully submitted,

*/s/ Vincent Briganti*
Vincent Briganti (pro hac vice)
Margaret MacLean (pro hac vice)
Noelle Forde (pro hac vice)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
vbriganti@lowey.com
mmclean@lowey.com
nforde@lowey.com

George A. Zelcs (Ill. Bar No. 3123738)
Randall P. Ewing, Jr. (Ill. Bar No. 6294238)
Ryan Z. Cortazar (Ill. Bar No. 6323766)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
(312) 641-9750
gzelcs@koreintillery.com
rewing@koreintillery.com
rcortazar@koreintillery.com

Steven M. Berezney (N.D. Ill. Bar No. 56091)
**KOREIN TILLERY, LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844
sberezney@koreintillery.com

*Counsel for Plaintiffs and the Proposed Class*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2026, a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system, which will send notification of the same to all counsel of record in this matter.

*/s/ Noelle Forde*
Noelle Forde