**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mya Batton, et al.

Plaintiff,

v.

Case No.: 1:21−cv−00430
Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: In-person motion hearing held. Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlements with Keller Williams and Re/Max [336] and Motion for Fees, Expenses and Service Awards [337] are all granted for the reasons stated on the record. Enter Orders and Judgment as to Defendants Keller Williams and Re/Max. Consistent with the final judgments approving the plaintiff class settlements, the Clerk is directed to terminate Defendant Keller Williams.
Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.